JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 APR 18 P 1:43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESTER ENRIQUEZ,<br><br>　　　　Defendant. | CR-08 00258 RS<br><br>VIOLATION: Title 18 United States Code, Section 1703(b) - Delay or Destruction of Mail (Class A Misdemeanor)<br><br>SAN JOSE VENUE |

**INFORMATION**

The United States Attorney charges:

On or about December 19, 2007, in the Northern District of California, the defendant,

ESTER ENRIQUEZ,

did open and destroy, without authority, mail not directed to her, in violation of Title 18, United

//

//

//

INFORMATION

1 | States Code, Section 1703(b), a Class A misdemeanor.
2 |
3 | DATED: 4/14/08                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
4 |
5 |
                                      MATTHEW A. PARRELLA
6 |                                   Chief, San Jose Branch Office
7 |
8 | (Approved as to form:  _____)
                           JENNIFER GRIFFITH
9 |                        Law Clerk

2

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

Title 18, U.S.C. § 1703(b) - Delay or Destruction of Mail

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

**PENALTY:**
1 year imprisonment, $100,000 fine,
1 year supervised release, $25 special assessment fee

**DEFENDANT - U.S.**
2008 APR 18 P 1:43

► ESTER ENRIQUEZ

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

CR-08 00258 RS

---

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

U.S. Postal

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**  JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►_____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
29 Geary Circle
Salinas CA 93907-1968

Date/Time: May 29, 2008 at 9:30am
Before Judge: Trumbull

Comments: