# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Ester Enriquez
    Defendant.

Case Number
CR 08-00258 RS

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 200.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[X] The first day of ~~6/29~~ 7/1/08 PVT and the FIRST DAY of each month thereafter;

[ ] MAIL TO:    Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____ ;

[ ] MAIL TO:    Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 5/29/08

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL, U. S. MAGISTRATE JUDGE

AO 72

cc: Defense counsel, defendant, AUSA, Finance Office, Probation