JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CASBN 209013)
Assistant United States Attorney

ELISABETH OPPENHEIMER
Law Clerk

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
E-mail: Elisabeth.Oppenheimer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00258 RS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| ESTER ENRIQUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from June 12, 2008 to September 18, 2008. The parties agree that pretrial diversion is an appropriate disposition, and the defendant has been referred to Pretrial Services for a determination if she is eligible for such a program. If the defendant is accepted into a pretrial diversion program, the parties will notify the Court and request that the next status appearance, scheduled for September 18, 2008, be

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 08- 00258 RS

1 | vacated.

2 | SO STIPULATED.

3 |                                   JOSEPH P. RUSSONIELLO
                                  United States Attorney

5 | DATED: 6/12/08                         /s/
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

8 | DATED: 6/12/08                         /s/
                                  LARA VINNARD
                                  Assistant Federal Public Defender

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from June 12, 2008 to September 18, 2008 for in order for the defendant to be evaluated by Pretrial Services in order to determine if she is eligible to participate in a pretrial diversion program.

DATED: _____                   _____
                                          RICHARD SEEBORG
                                          United States Magistrate Judge