1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   SUSAN KNIGHT (CASBN 209013)
    Assistant United States Attorney
5
    ELISABETH OPPENHEIMER
6   Law Clerk

7       150 Almaden Blvd., Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Facsimile: (408) 535-5066
9       E-mail: Elisabeth.Oppenheimer@usdoj.gov

10  Attorneys for the United States of America

11

12                          UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                               SAN JOSE DIVISION

15

16  UNITED STATES OF AMERICA,            )    No. CR 08-00258 RS
                                         )
17          Plaintiff,                   )
                                         )
18      v.                               )    STIPULATION AND [PROPOSED]
                                         )    ORDER TO EXCLUDE TIME UNDER
19  ESTER ENRIQUEZ,                      )    THE SPEEDY TRIAL ACT
                                         )
20          Defendant.                   )
                                         )
21  _____ )

22

23          The undersigned parties hereby request that the Court exclude time under the Speedy

24  Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from June 12, 2008 to

25  September 18, 2008.   The parties agree that pretrial diversion is an appropriate disposition, and

26  the defendant has been referred to Pretrial Services for a determination if she is eligible for such

27  a program.  If the defendant is accepted into a pretrial diversion program, the parties will notify

28  the Court and request that the next status appearance, scheduled for September 18, 2008, be

    STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
    CR 08- 00258 RS

1    vacated.

2    SO STIPULATED.

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
4

5    DATED: 6/12/08                            _____/s/_____
                                               SUSAN KNIGHT
6                                              Assistant United States Attorney

7

8    DATED: 6/12/08                            _____/s/_____
                                               LARA VINNARD
9                                              Assistant Federal Public Defender

10

11                                  ORDER

12        Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

13   ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)

14   from June 12, 2008 to September 18, 2008 for in order for the defendant to be evaluated by

15   Pretrial Services in order to determine if she is eligible to participate in a pretrial diversion

16   program.

17

18   DATED: 6/12/08                            _____
                                               RICHARD SEEBORG
19                                             United States Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 08- 00258 RS