1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant
    ESTER ENRIQUEZ

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR 08-00258 RS
                                       )
12                  Plaintiff,         )    **EX PARTE APPLICATION FOR**
                                       )    **TRAVEL ORDER**
13  v.                                 )
                                       )
14  ESTER ENRIQUEZ,                    )
                                       )    **Hon. Patricia V. Trumbull**
15                  Defendant.         )
    _____)

16

17          Defendant Ester Enriquez hereby applies to this Court for an order authorizing her travel

18  to the Eastern District of California from July 25, 2008, to July 27, 2008.  This application is

19  based upon the declaration of counsel, filed and served herewith.

20
    Dated: 7/17/08
21
                                            Respectfully submitted,
22
                                            BARRY J. PORTMAN
23                                          Federal Public Defender

24                                                /s/

25                                          LARA S. VINNARD
                                            Assistant Federal Public Defender
26

EX PARTE APP. FOR TRAVEL ORDER
No. CR 08-00258 RS