BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant
ESTER ENRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00258 RS |
| Plaintiff, | **DECLARATION OF LARA VINNARD IN SUPPORT OF EX PARTE APPLICATION FOR TRAVEL ORDER** |
| v. | |
| ESTER ENRIQUEZ, | |
| Defendant. | **Hon. Patricia V. Trumbull** |

I, Lara Vinnard, hereby declare:

1. I am an Assistant Federal Public Defender, and I have been appointed to represent Ester Enriquez in the above-captioned case.

2. Mrs. Enriquez is charged with destruction of mail. The government has recommended that she participate in the Pretrial Services Diversion program, and she is currently being evaluated by Pretrial Services to determine her suitability for diversion.

3. Mrs. Enriquez is out of custody. The Honorable Patricia V. Trumbull set conditions of release in this matter, including O.R. release and a travel restriction to the Northern District of California. She was not ordered to report to Pretrial Services for supervision, although she has been interviewed by Pretrial Officer Amy Berthelsen in connection with

1     her referral to the diversion program.

2    4.    Mrs. Enriquez would like to travel with her husband and friends to Sonora, California, during the weekend of July 25 through 27. She intends to stay at the Best Western Sonora Oaks Hotel. The address of the hotel is 19551 Hess Avenue, Sonora, CA 95370. The telephone number is (800) 532-1944.

6    5.    The travel is part of an organized excursion called the "Casino Run," which is organized on a yearly basis by a group of motorcycle and car enthusiasts in the Salinas area, where Ms. Enriquez resides. Mrs. Enriquez has provided me with a printed itinerary prepared by the group, which indicates that the group will travel from Salinas to Sonora on Friday, July 25, making several stops along the way, and will travel back to Salinas on Sunday, July 27, making several stops along the way. On Friday evening, the group will travel to the Black Oak Casino to participate in gambling or bowling. On Saturday, the group will travel to points of interest in the Sonora area, including Columbia State Park, Ironstone Winery, and Bear Valley Mountain Resort.

15    6.    I provided Pretrial Services Officer Amy Berthelsen with information regarding Mrs. Enriquez's travel plans. Ms. Berthelsen indicated to me that because Mrs. Enriquez is not supervised by their office, Pretrial Services is not taking a position regarding the travel plans.

19    7.    I also spoke with U.S. Attorney Law Clerk Elisabeth Oppenheimer, and summarized Mrs. Enriquez's travel plans. Ms. Oppenheimer had no objection.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I believe them to be true.

Executed this 17th day of July, 2008, in San Jose, California.

_____/s/_____
LARA VINNARD
Assistant Federal Public Defender

DEC. IN SUPPORT OF TRAVEL ORDER
No. CR 08-00258 RS     2