**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESTER ENRIQUEZ,<br><br>　　　　　Defendant. | No. CR 08-00258 RS<br><br>[PROPOSED] ORDER AUTHORIZING TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA<br><br><br>Hon. Patricia V. Trumbull |

Upon application of defendant and good cause appearing,

IT IS HEREBY ORDERED that defendant Ester Enriquez be permitted to travel to the Eastern District of California from July 25, 2008, to July 27, 2008. All other terms and conditions of release shall remain in full force and effect.

DATED: 7/18/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[PROPOSED] TRAVEL ORDER
No. CR 08-00258 RS　　　　　　　　　　　1