E-FILED

FILED

SEP 18 2008

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ENRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00258 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME; [~~PROPOSED~~] ORDER |
| v. | ) | |
| ESTER ENRIQUEZ, | ) | Hon. Richard Seeborg |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, September 18, 2008, at 9:30 a.m. be continued to Thursday, September 25, 2008, at 9:30 a.m.  This matter has been referred to the Pretrial Services Office for a determination of whether the defendant is an appropriate candidate for diversion.  The continuance is requested because Pretrial Services requires additional time to complete its investigation and make its recommendation to the parties.

///

///

///

1  The parties further agree that time should be excluded under the Speedy Trial Act from
2  September 18, 2008 to September 25, 2008, because prosecution has been deferred in this matter,
3  and deferred prosecution is an excludable ground under the Speedy Trial Act.

4

5  Dated:    9/17/08                    /s/
                                        LARA S. VINNARD
                                        Assistant Federal Public Defender
6
                                        /s/
7  Dated:    9/17/08                    JEFFREY SCHENK
                                        Assistant United States Attorney
8

9                                **ORDER**

10  The parties have jointly requested a continuance of the hearing set for September 18,
11  2008, to allow the Pretrial Services Office additional time to complete its diversion investigation.
12  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13  presently set for September 18, 2008 at 9:30 a.m. be continued to September 25, 2008, at 9:30
14  a.m.
15  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
16  from September 18, 2008, to September 25, 2008, shall be excluded from the period of time
17  within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
18
19  Dated: 9/18/08                        RICHARD SEEBORG
                                          United States Magistrate Judge
20
21
22
23
24
25
26

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER                       2
No. CR 08-00258 RS