1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant ENRIQUEZ

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,          )   No. CR 08-00258 RS
12                                      )
                    Plaintiff,          )   **STIPULATION TO WAIVE**
13                                      )   **DEFENDANT'S PRESENCE AT**
    v.                                  )   **STATUS APPEARANCE; [PROPOSED]**
14                                      )   **ORDER**
    ESTER ENRIQUEZ,                     )
15                                      )   **Hon. Patricia V. Trumbull**
                    Defendant.          )
16   _____)

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the defendant's presence at the status hearing in this matter on

19   Thursday, September 25, 2008, at 9:30 a.m., may be waived. This matter has been referred to the

20   Pretrial Services Office for a determination of whether the defendant is an appropriate candidate

21   for diversion. At this time, the Pretrial Services Office has not completed its investigation, and

22   the parties are awaiting its recommendation regarding the terms of any diversion contract.

23          Mrs. Enriquez resides in Salinas. Because the parties do not anticipate any substantive

24   proceedings will take place on September 25, the parties request that Mrs. Enriquez's presence

25   be waived for this proceeding. In the event that Pretrial Services provides its recommendation

26   this afternoon (September 24), defense counsel will advise Mrs. Enriquez to be present for the

STIPULATION TO WAIVE DEFENDANT'S
PRESENCE; [PROPOSED] ORDER
No. CR 08-00258 RS                          1

1   hearing on September 25.

2

3   Dated:        9/24/08                              /s/
                                        LARA S. VINNARD
4                                       Assistant Federal Public Defender

5   Dated:        9/24/08                              /s/
                                        SUSAN KNIGHT
6                                       Assistant United States Attorney

7
                                      **ORDER**
8
          The parties have jointly requested that the defendant's presence be waived at the status
9
    appearance on September 25, 2008, on grounds that the parties are awaiting the recommendation
10
    of Pretrial Services regarding the terms of a proposed diversion contract, and the contract is not
11
    expected to be provided by September 25.
12
          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's presence
13
    be waived.
14

15  Dated: 9/24/08                      PATRICIA V. TRUMBULL

16                                      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

    STIPULATION TO WAIVE DEFENDANT'S
    PRESENCE; [PROPOSED] ORDER
    No. CR 08-00258 RS                          2