1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ENRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ESTER ENRIQUEZ,  Defendant. | No. CR 08-00258 RS  STIPULATION TO MODIFY DEFENDANT'S BOND TO DELETE TRAVEL RESTRICTION AND TO TERMINATE MONTHLY CJA CONTRIBUTION; [PROPOSED] ORDER  Hon. Patricia V. Trumbull |

Defendant Ester Enriquez has been accepted into the Pretrial Services Diversion Program. The conditions of her diversion agreement do not include a travel restriction. Accordingly, the parties hereby stipulate that Mrs. Enriquez's bond may be modified to delete the travel restriction.

Additionally, when the Federal Public Defender's Office was appointed in this matter, Mrs. Enriquez was ordered to contribute $200 per month pursuant to the Criminal Justice Act. Now that Mrs. Enriquez's prosecution has been deferred pending her completion of the diversion program, the Federal Public Defender will close her case. Accordingly, the parties stipulate that Mrs. Enriquez is no longer required to contribute $200 per month, effective immediately. Should the Court enter the requested order, defense counsel will provide a copy of the order to the

STIPULATION TO WAIVE DEFENDANT'S
PRESENCE; [PROPOSED] ORDER
No. CR 08-00258 RS                          1

1  Finance Department in the U.S. District Court in San Francisco, so that her financial obligation
2  may be terminated.

3  Dated: 10/21/08

/s/
LARA S. VINNARD
Assistant Federal Public Defender

5  Dated: 10/21/08

/s/
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

The defendant has been accepted into the Pretrial Services Diversion Program. Accordingly, pursuant to the parties' stipulation, and good cause appearing, the Court HEREBY ORDERS:

1) The travel restriction in the defendant's bond is deleted;

2) The defendant is no longer required to contribute $200 per month toward CJA services, effective immediately. Defense counsel shall provide a copy of this order to the Finance Department, U.S. District Court, San Francisco, California.

IT IS SO ORDERED.

Dated: 10/27/08

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO WAIVE DEFENDANT'S
PRESENCE; [PROPOSED] ORDER
No. CR 08-00258 RS                    2