JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CASBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00258 RS |
| Plaintiff, ) | NOTICE OF DISMISSAL |
| v. ) | |
| ESTER ENRIQUEZ, ) | SAN JOSE VENUE |
| Defendant. ) | |

In October 2008, the defendant was placed on a pretrial diversion program relating to a misdemeanor information charging her with delay or destruction of mail, in violation of 18 U.S.C. § 1703(b). Pretrial Services Officer Laura Weigel has informed the government that the defendant has successfully completed a pretrial diversion program, including performing 40 hours of community service. In addition, the defendant has made restitution. Accordingly, with

//
//
//

NOTICE OF DISMISSAL

leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information with prejudice.

DATED: 7/7/09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JEFFREY D. NEDROW
Deputy Chief, San Jose Branch Office

ORDER

Leave of Court is granted to the government to dismiss the above-captioned information, United States v. Ester Enriquez, for the reasons set forth in the Government's Notice of Dismissal.

Date: 7-8-09

RICHARD SEEBORG
United States Magistrate Judge

**NOTICE OF DISMISSAL** 2